IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INTEGRATED SPORTS MEDIA, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-2891 |
| | § | |
| JUANITO'S, INC., Individually and d/b/a | § | |
| JUANITO'S NIGHT CLUB; | § | |
| JUAN A. VASQUEZ, Individually and d/b/a | § | |
| JUANITO's 2000 NIGHT CLUB, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Judgment is entered in favor of Integrated Sports Media, Inc., as broadcast licensee of the August 12, 2009 CONCACAF World Cup Qualifier Tournament, against Juanito's, Inc., Individually and d/b/a/ Juanito's 2000 Night Club, and Juan A. Vasquez, Individually and d/b/a Juanito's 2000 Night Club, as follows:

      a.    statutory damages of $10,000;

      b.    additional damages of $25,000;

      c.    attorney's fees of $1,000.00;

      d.    costs of court; and

      e.    postjudgment interest at the rate of 0.12 % *per annum*.

This is a final judgment.

SIGNED on January 11, 2012, at Houston, Texas.

                                          Lee H. Rosenthal
                                   United States District Judge